**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1638**

---

KEN BATCHELDER, M.A.,

Plaintiff - Appellant,

versus

MARK L. EARLEY, Attorney General of Virginia;
ROBERT GROSS; GILLIAN T. CELL, Provost;
GEOFFREY FEISS; CHANDOS BROWN; ROBERT B.
ARCHIBALD, Dean; FRANZ GROSS, Dean; ROBERT
SCHOLNICK; ANY OTHER COLLEGE OR STATE OF
VIRGINIA OFFICIALS YET TO BE NAMED,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Henry C. Morgan, Jr., District Judge.  (CA-99-44-4)

---

Submitted:  September 21, 2000        Decided:  September 27, 2000

---

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ken Batchelder, Appellant Pro Se.  Joan W. Murphy, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ken Batchelder appeals the district court's order dismissing his action challenging his dismissal from a graduate program at the College of William and Mary. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Batchelder v. Earley, No. CA-99-44-4 (E.D. Va. Apr. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED